395 A.2d 1010

Commonwealth v. Williams, Appellant.

Submitted December 6, 1977. Charles B. Coleman, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order denying appellant's petition for relief under the Post Conviction Hearing Act is affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

395 A.2d 1010

Commonwealth v. Wilson, Appellant.

Submitted December 6, 1977. John W. Packel, Assistant Public Defender, and Benjamin Lerner, Defender, for appellant; Eric B. Henson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.